*E-FILED: February 1, 2013*

NOT FOR CITATION

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ANTONIO ORTEGA,<br>　　　　Plaintiff,<br>　v.<br>GREEN CLEAN OF CALIFORNIA, INC.,<br>　　　　Defendant.<br>_____/ | No. C12-06137 HRL<br><br>**ORDER VACATING INITIAL CASE MANAGEMENT CONFERENCE** |

In light of the fact that the Clerk of the Court has entered default against defendant, the Initial Case Management Conference, currently set for February 5, 2013, is vacated. No later than March 15, 2013 the Plaintiff shall comply with Fed. R. Civ. P. 55(b) by either (1) applying to the clerk for a default judgment (if the claim is for a sum certain) or (2) moving the Court for default judgment.

**IT IS SO ORDERED.**

Dated: February 1, 2013

_____
HOWARD R. LLOYD
UNITED STATES MAGISTRATE JUDGE

1 **C 12-06137 HRL Order will be electronically mailed to:**

2 Tomas Eduardo Margain: Tomas@LaCasaLegal.com, brisa@lacasalegal.com, crronan@gmail.com, huy@lacasalegal.com, margainlaw@hotmail.com

3
4 **Counsel are responsible for distributing copies of this document to co-counsel who have not registered for e-filing under the court's CM/ECF program.**

5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**United States District Court**
For the Northern District of California