UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTONIO ORTEGA, | No. C 12-6137 SI |
| Plaintiff, | **JUDGMENT** |
| v. | |
| GREEN CLEAN OF CALIFORNIA, INC., | |
| Defendant. / | |

Judgment is hereby entered in favor of plaintiff and against defendant in the amount of $12,899.82.

**IT IS SO ORDERED AND ADJUDGED.**

DATED: May 8, 2013

SUSAN ILLSTON
United States District Judge