**United States District Court**
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

ANTONIO ORTEGA,                                            No. C 12-6137 SI

      Plaintiff,                                              **JUDGMENT**

  v.

GREEN CLEAN OF CALIFORNIA, INC.,

      Defendant.
_____/

    Judgment is hereby entered in favor of plaintiff and against defendant in the amount of $12,899.82.

**IT IS SO ORDERED AND ADJUDGED.**

DATED: May 8, 2013

                                                            _____
                                                            SUSAN ILLSTON
                                                            United States District Judge